THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DAVID DONOHUE and LARRY WARD, Respondents.

Submitted June 7, 1945; decided July 19, 1945.

*Samuel J. Foley, District Attorney* (*George Tilzer* and *Herman J. Fliederblum* of counsel), for appellant.

*Charles B. Clancy* for respondents.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.